DENNIS A. CAMMARANO/BAR NO. 123662
CAMMARANO LAW GROUP
555 East Ocean Boulevard, Suite 501
Long Beach, California  90802
Telephone: (562) 495-9501
Facsimile:  (562) 495-3674

Attorneys for Plaintiff,
STARR INDEMNITY & LIABILITY CO.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STARR INDEMNITY & LIABILITY CO.<br><br>　　　　　Plaintiff,<br><br>v.<br><br>SAN DIEGO GAS & ELECTRIC COMPANY; ARIZONA PUBLIC SERVICE COMPANY; PINNACLE WEST CAPITAL CORPORATION; IMPERIAL IRRIGATION DISTRICT FINANCING CORPORATION; WESTERN ELECTRICITY COORDINATING COUNCIL; CALIFORNIA INDEPENDENT SYSTEM OPERATOR and DOES 1 through 10, inclusive<br>　　　　　Defendants. | Case No.: 3:12-cv-02632-H-KSC<br><br>**PLAINTIFF'S DISMISSAL WITHOUT PREJUDICE AS TO THE ENTIRE ACTION** |

TO THE HONORABLE COURT:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, STARR INDEMNITY & LIABILITY CO., dismisses the entire action without prejudice.

Dated:    January 9, 2013            CAMMARANO LAW GROUP
                                     By:   s/Dennis A. Cammarano
                                           Dennis A. Cammarano
                                           Attorney for Plaintiff,
                                           STARR INDEMNITY & LIABILITY CO.

*Plaintiff's Dismissal Without Prejudice as to Entire Action*